1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
2  ANNE E. KEARNS (SBN: 183336) akearns@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  555 Montgomery Street, 17th Floor
   San Francisco, CA 94111
4  Telephone:     (415) 249-8330
   Facsimile:     (415) 249-8333
5
   Attorneys for Plaintiff Chanel, Inc.
6

7              THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  CHANEL, INC.,                    )   Case No. CV 10-02601 PJH
    a New York corporation,          )
11                                   )
                                     )   **REQUEST TO ENTER DEFAULT**
           Plaintiff,                )
12  v.                               )
                                     )
13                                   )
    US880, a business entity of unknown )
14  makeup, and DOES 1-10,           )
                                     )
15         Defendants.               )
                                     )
16  _____ )

17        Plaintiff, Chanel, Inc. ("Chanel"), by and through its undersigned counsel, hereby requests

18  that the Clerk enter default in this matter against Defendant, US880 ("Defendant"), on the ground

19  that the Defendant has failed to appear or otherwise respond to the Complaint within the time

20  prescribed by the Federal Rules of Civil Procedure.  (Declaration of Anne E. Kearns in Support of

21  Request to Enter Default, ¶ 5, filed concurrently herewith).

22        Plaintiff served the Summons and Complaint on the Defendant on September 20, 2010 as

23  evidenced by the Proof of Service on file with this Court.  (*Id.* ¶ 2).  Neither Plaintiff nor the Court

24  has granted the Defendant any extension of time to respond to the Complaint.  (*Id.* ¶ 4).  The

25  Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer

26  or other response upon Plaintiff's attorneys of record.  (*Id.* ¶ 5).  Plaintiff is informed and believes

27  that the Defendant is not an infant or an incompetent person.  (*Id.* ¶ 6).  Plaintiff is informed and

28

1

1   believes that the Defendant is not in the military service.  (*Id.* ¶ 7)

2

3   Dated:  October 18, 2010                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

4

5                                               By: _____/S/_____

6                                                   ANNE E. KEARNS
                                                    Attorneys for Plaintiff Chanel, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28