UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANEL, INC.

        Plaintiff,

    v.

US880, *et. al.*

        Defendants.
_____/

No. C-10-2601-PJH (EMC)

**ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

Plaintiff, Chanel, Inc. ("Chanel"), a New York corporation, has moved for a default judgment against Defendant US880,[1] an entity of unknown makeup d/b/a/ various internet websites. The Court has reviewed the papers submitted by Chanel and hereby orders that it provide supplemental briefing and evidence as to its claim that there is personal jurisdiction over Defendant, a foreign entity that appears to reside in China. Chanel claims that this Court has personal jurisdiction over Defendants because they "direct business activities toward this district" and "conduct business with consumers" here. Compl. ¶1; Mot. at 1. In addition, Chanel alleges that "Verisign Global Registry Services, the Registry for each of the .com and .net Subject Domain Names owned by Defendants, is located within this District, those domain names constitute property rights within this District." Compl. ¶7. In its supplemental papers, Chanel should cite legal authorities as well as any other evidence it has to support its claim of personal jurisdiction.

---

[1] Although Chanel includes ten John or Jane "Does" in its Complaint, the pending motion seeks default against US880 alone.

1  The supplemental papers shall be filed – and served on Defendants via email – within two
2  weeks of the date of this order.  Chanel shall also serve a copy of this order on Defendants, via
3  email, within three days of the date of this order.  Accordingly, the hearing scheduled for March 2,
4  2011 is hereby continued to 10:30 a.m., March 16, 2011.

6  IT IS SO ORDERED.

8  Dated:  February 25, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge