UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANEL, INC.,

      Plaintiff,

      v.

US880,

      Defendant.
_____/

No. C 10-2601 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

The court has reviewed Magistrate Judge Corley's report and recommendation re the motion for default judgment filed by plaintiff Chanel, Inc. ("Chanel"). Defendant US880 filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1)(C). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Chanel's motion for default judgment is GRANTED, as follows. Chanel is awarded $45,700.00 in statutory damages and costs; plus prejudgment interest, calculated at the legal rate from the date this action was filed, to the date of judgment.[1]

In addition, the court orders that US880 and its respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with it are hereby restrained and enjoined from:

    (a) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks;

---

[1] Plaintiff's motion did not include any calculation of the amount of the prejudgment interest.

(b) using the Chanel Marks in connection with the sale of any unauthorized goods;

(c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant, the websites identified in Appendix A attached hereto, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel;

(d) falsely representing itself as being connected with Chanel, through sponsorship or association;

(e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendant, the websites identified in Appendix A attached hereto, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Chanel;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendant, the websites identified in Appendix A attached hereto, and/or any other website or business, including, without limitation, handbags, wallets, and watches;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods by the Defendant, the websites identified in Appendix A attached hereto, and/or any other website or business, as being those of Chanel, or in any way endorsed by Chanel;

(h) offering such goods in commerce;

(i) and from otherwise unfairly competing with Chanel;

(j) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

(k) effecting assignments or transfers, forming new entities or associations or

utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

In addition, the websites identified in Appendix A attached hereto are hereby ordered to be immediately transferred by the defendant, its assignees and/or successors in interest or title, and the Registrars to Chanel's control. To the extent the current Registrars do not facilitate the transfer of the websites identified in Appendix A attached hereto to Chanel's control within ten (10) days of receipt of this judgment, the United States-based Registries shall, within thirty (30) days, transfer the websites identified in Appendix A attached hereto to a United States based Registrar of Chanel's choosing, and that Registrar shall transfer the websites identified in Appendix A attached hereto to Chanel.

**IT IS SO ORDERED.**

Dated: July 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

# APPENDIX A

1. 360gome.com
2. atthego.com
3. bagsagent.com
4. belovebags.com
5. belovewrist.com
6. leaderol.com
7. officalugg.com
8. runtimberland.com
9. shopkiss.com
10. timberlander.com
11. timberlandsou.com
12. watchesagent.com
13. bagshow.biz
14. sexyhygeia.com
15. 80trade.com
16. abercrombiesales.com
17. abercrombiestar.com
18. allbestdvd.com
19. bagsontheway.com
20. bapeshopping.com
21. basemall.info
22. hotsalex.com
23. ilikebuy.com
24. ireplicachoice.com
25. ispv.net
26. kicksbap.com
27. kicksboots.com
28. mixitems.com
29. mysoftware123.com
30. onairbuy.com
31. order24hours.com
32. order2you.com
33. youmestore.com
34. topairmax.com
35. topofbikini.com
36. thehandbagssale.com
37. software4cpu.com
38. shixy.com
39. sellelec.com
40. selinged.com
41. robbtrade.com
42. progiftstore.com
43. pearltop.com
44. gsshring.com
45. gototbl.com
46. golinksoflondon.com
47. fangpinb2b.com
48. fangpin.net
49. fallowtrade.org
50. e-superbuyer.com
51. edhardyshow.com
52. ed-hardys.com

53. ecspeed.com
54. ecshopking.com
55. ecgoshop.com
56. ecgohere.com
57. ecbape.com
58. easydoing.org
59. dvdsword.com
60. dearpolo.com
61. dearmobiles.com
62. dearbridal.com
63. clortsblog.org
64. bikinismark.com
65. bikinionlineshop.com
66. webmydvd.com
67. victor88.com
68. selingbags.com
69. dearsunglass.com
70. 09handbags.com
71. 2youwatch.com
72. 4ezlive.com
73. 8bags4you.com
74. abercrombiepop.com
75. asapshops.com
76. bagslike.com
77. bagsvip.com
78. belovewatch.com
79. bestemplet.com
80. bestsheshox.com
81. bikiniszone.com
82. bosebuynow.com
83. brandsupplieronline.com
84. buddytrade.com
85. buyonebag.com
86. cartggo.com
87. clothinggogo.com
88. dvdlift.com
89. dvdsheaven.com
90. dvdspop.com
91. ecabroad.com
92. ecsalesonline.com
93. ecsharings.com
94. enjoyalley.com
95. feelmoving.com
96. firsttidebags.com
97. flat-ironchi.com
98. gahoos.com
99. globalprada.com
100. godshopking.com
101. godshops.com
102. hotandpop.com
103. inexquisite.com
104. inthego.org
105. jeanecb.com
106. londonlinksinc.com
107. lovegymshoes.com

108. luxuryinbags.com
109. macygood.com
110. mazillas.com
111. meishucheng.com
112. mydvddvds.com
113. mygoodwatches.com
114. mylovinearphone.com
115. mylovintech.com
116. myoxette.com
117. mysterybuying.com
118. mywatchestore.com
119. netabercrombie.com
120. njlp.net
121. nokiasphone.com
122. officalsell.com
123. okeyby.com
124. oncomes.com
125. ondunk.com
126. onexquisite.com
127. onlinenbastar.com
128. ordernokia.com
129. passsale.com
130. plubrands.com
131. popdksb.com
132. poportop.com
133. poppolo4you.com
134. populashow.com
135. realafestate.com
136. shoppingyouself.com
137. thelinksuk.com
138. themydvd.com
139. thewebdvd.com
140. watch11.com
141. watchesteam.com
142. watchtoyou.com
143. webfashionsite.com
144. webgoshop.com
145. wristwatchnew.com
146. 9keyshow.com
147. justforbag.com
148. outputbag.com
149. cooltimberland.com
150. sunglasses-hut.com